FILED

12/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0268

_____

MONTANA TROUT UNLIMITED, TROUT
UNLIMITED, MONTANA ENVIRONMENTAL
INFORMATION CENTER, EARTHWORKS, and
AMERICAN RIVERS,

        Petitioners and Appellants,

    v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION and
TINTINA MONTANA, INC.,

        Respondents and Appellees.

O R D E R

_____

Upon consideration of Appellants' motion for leave to file an overlength reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellants may file a reply brief of no more than 7,750 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 1 2023